```
05/01/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ         DATE       CASE NO           FUND      DEF    AMOUNT
*********************************************************************************
                                              SCRANTON
80300222301     04/18/01    3:01-OP-1         6855XX     1      -53.12
80300222302     04/18/01                      5100PL     0        2.70
80300222303     04/18/01                      5100PL     0       16.45
80300222304     04/18/01                      5100PL     0        3.40
80300222305     04/18/01                      5100PL     0        6.15
80300222306     04/18/01                      5100PL     0       24.42
80300222401     04/18/01    3:01-OP-1         6855XX     1     -106.32
80300222402     04/18/01                      0869PL     0        3.17
80300222403     04/18/01                      5100PL     0        1.58
80300222404     04/18/01                      0869PL     0        3.17
80300222405     04/18/01                      5100PL     0        8.29
80300222406     04/18/01                      0869PL     0       14.78
80300222407     04/18/01                      5100PL     0        9.98
80300222408     04/18/01                      0869PL     0        8.33
80300222409     04/18/01                      5100PL     0        3.65
80300222410     04/18/01                      0869PL     0       15.17
80300222411     04/18/01                      5100PL     0       10.00
80300222412     04/18/01                      0869PL     0        8.30
80300222413     04/18/01                      5100PL     0       19.90
80300222501     04/18/01    3:01-OP-1         6855XX     1     -101.00
80300222502     04/18/01                      5100PL     0        3.46
80300222503     04/18/01                      5100PL     0        6.69
80300222504     04/18/01                      0869PL     0       33.02
80300222505     04/18/01                      5100PL     0       19.98
80300222506     04/18/01                      0869PL     0        3.71
80300222507     04/18/01                      5100PL     0        3.46
80300222508     04/18/01                      0869PL     0        3.46
80300222509     04/18/01                      5100PL     0        6.91
80300222510     04/18/01                      0869PL     0       20.31
80300222601     04/18/01    3:01-OP-1         6855XX     1       -8.73
80300222602     04/18/01                      5100PL     0        3.64
80300222603     04/18/01                      5100PL     0        5.09
80300222701     04/18/01    3:98-CR-294-05    504100     5      -25.00
80300222702     04/18/01    3:01-OP-1         6855XX     1       25.00
80300222801     04/18/01    3:00-CR-065-01    504100     1      -25.00
80300222802     04/18/01    3:01-OP-1         6855XX     1       25.00
80300222901     04/18/01                      510000     0      -50.00
80300222902     04/18/01                      5100PL     0       50.00

                                                  DIVISION TOTAL      0.00
```

*[Handwritten:] T2224-12  $8.30  1:00-1146 Stewart*

*[Stamp:] FILED SCRANTON MAY 0 2 2001 PER ___ DEPUTY CLERK*

*[Handwritten:] 24  5/2/01  TS  CFR*