FROM: MR. KEVIN WILLIAMS: <sub>FILED</sub> SCRANTON

a.k.a. KIRBY Stewart. # EF1167 NOV 7 2001

P.O. Box 99901.

Pittsburgh. PA. 15233. PER _____ DEPUTY CLERK

11.2.2001.

TO: CLERKS OFFICE:

RE: 1:00-CV-- 01146, WILLIAMS v. HACKMAN:

JUDGE: SYLVIA H. RAMBO.

Dear Madam:

I AM writing too INFORM

/OUR OFFICE, tHat I AM AS OF August 23.2001.

At S.C.I. Pittsburgh, CORR. institution AT

Pittsburgh.

So too let tHe COURTS KNOW

1y NEW Address. And to INFORM YOUR

IFFICE tHat ANY MAIL SHOULD BE Sent too

S.C.I. Pittsburgh...

THANK YOU:

SINCERELY,

Kevin William

;KW;