Mr. Kevin Williams,
a.k.a. Kirby Stewart. FF1167.
P.O. Box 99901.
Pittsburgh. Pa. 15233.
Re (1-00-CV-01146) Williams v. Hackman.
Judge: Sylvia H. Rambo.

**FILED**
**SCRANTON**

FEB 27 2002

PER _____
DEPUTY CLERK

2-24-2002

To: Clerk of Courts:

Dear Ma'am:

This is my Sec[ond]
letter to your office. The First one was dated 11-?:
To inform you that I was transferred from
S.C.I. Rockview, to S.C.I. Pittsburgh.

So too
let the Courts know of my change of addres[s]
This is my Second letter to have the Cour[ts]
Acknowledge me.

And I'm enclosing a copy of m[y]
First letter. Please acknowledge my change o[f]
Address.

Very truley yours.

Kevin Williams

CC: KW.

Mr Kevin Williams,
a.k.a Kirby Stewart. EF11067.
P.O.Box 99901.
Pittsburgh.Pa. 15233.

11.2.2001.

FILED
SCRANTON

FEB 27 2002

PER _____
DEPUTY CLERK

TO: Clerks Office:
RE: 1-00-CV-01146. Williams . V. Hackman.
Judge: Sylvia H. Rambo.

         Dear Maam.

              I'm writing
to inform your office, that I am as of August.
23, 2001. At S.C.I. Pittsburgh. corr. institution at
pittsburgh.

        So too het the courts know of
my new Address. And to inform your office that
Any Mail concerning (00-CV-01146) Should be
Sent too S.C.I. Pittsburgh.

             Thank You....

CC:KW.

Sincerely Yours.

Kevin Williams