16oct

JUDGE'S COPY

(29)
RB 7/8/

Mr. Kevin Williams.
A.K.A. Kirby Stewart. EF1167.
P.O. Box 99901.
Pittsburgh. PA. 15233.

FILED
HARRISBURG PA
JUL 03 2002
MARY E. D'ANDREA
Per _____
Deputy Clerk

6-20-2002

RE: 1:00-CV-01146.
Williams V. Hackman.
✓ Judge: Sylvia H. Ram[bo]
RE: 1:01-CV-02312.
Williams V. Meyers.

TO: Clerk of the said court:

To whom it may concern, I'm writing to inform the said court. That I have a court date in the Coun[ty] of Lancaster Pennsylvania. I would like the said court to forward all mails concerning the above docket no.s, to Lancaster county prison. Because my court date is for July 1[ ] 2002. And on my return S.C.I. Pittsburg[h]

I'll inform the said court to sen[d] all mails back to S.C.I. Pittsburgh.

Thank you:

C/K.W./S.K.

At: 625-East King St.

Very truly yours

NAME Mr. K. Stewart.
NUMBER EF167.
P. O. BOX 99901
PITTSBURGH, PA. 15233
6-30-2002.

CERTIFIED MAIL

7000 1530 0001 9528 2887



To: Office of the Clerk.
United States District Court,
Middle District of Pennsylvania.
228- Walnut Street.
P.O. Box 983.
Harrisburg, PA. 17108.

INMATE MAIL - PA DEPT. OF CORRECTIONS

$4.42

PITTSBURGH PA JUL 01 02

RECEIVED
HARRISBURG, PA
JUL 03 2002
MARY E. D'ANDREA, CLERK
Per _____