ORIGINAL    FILED
HARRISBURG PA

Mr. KEVIN WILLIAMS    1 1/2 cv
a.k.a. KERBY STEWART. EF1167.    JUL 12 2002
P.O. BOX 99901.
PITTSBURGH. PA. 15233.    MARY E. D'ANDREA, CLERK
Per _____

7·10·2002.

2/Ramba.

Rec: 1:00-CV-01146. WILLIAMS. V. HACKMAN.
Re: 1:01-CV-02312. WILLIAMS. V. Meyers. Et. AL.

JUDGE: Sylvia H. Ramb

TO: Clerk of the Said Court:

I am writing
to inform the court to void the
correspondence dated 6·20·2002. Because
the July. 11th. 2002, Has been Ajourned.
And until Further Notice Please send
All Mails Concerning the Above
Dockets Numbers. TO S.C.I. Pittsburgh
until Further Notice. Please don't send
Any Mails to: 625-East King St.
Lancaster. Pa. 17602.

Thank you:

Very truly yours.

?: KW/KS...    Kevin Williams